```
          IN THE UNITED STATES DISTRICT COURT          FILED BY ____ D.C.
         FOR THE WESTERN DISTRICT OF TENNESSEE
                     WESTERN DIVISION                  05 JUL 26 AM 8: 30

                                                       THOMAS M. GOULD
                                                       CLERK, U.S. DISTRICT COURT
                                                         W/D OF TN MEMPHIS
UNITED STATES OF AMERICA       )
                               )
     Plaintiff,                )
                               )
VS.                            )    CR. NO. 05-20245-Ml &
                               )            04-20228-Ml
LASHUN JENKINS                 )
                               )
     Defendant.                )
                               )
```

### ORDER ON CHANGE OF PLEA

This cause came to be heard on July 25, 2005, the United States Attorney for this district, Stephen Hall, appearing for the Government and the defendant, Lashun Jenkins, appearing in person and with counsel, Samuel Perkins, who represented the defendant.

With leave of the Court, the defendant waived Indictment and entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

Indictment 04-20228 to be dismissed at sentencing.

**SENTENCING in this case is SET for MONDAY, OCTOBER 24, 2005, at 9:00 a.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

Defendant is remanded to the custody of the U. S. Marshal.

**ENTERED** this the 25 day of July, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CR-20245 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Samuel L. Perkins
SL PERKINS LAW GROUP, PLLC
147 Jefferson Ave.
Ste. 804
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT